George SZCZEKLIK, Assignees of Neubert Aero Corp., Marta Szczeklik, Assignees of Neubert Aero Corp., Plaintiffs–Appellees,

v.

MARKEL INTERNATIONAL INSURANCE COMPANY LIMITED, Defendant–Appellant.

No. 13–12538

Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

Dec. 6, 2013.

Lee Delton Gunn, IV, Scott Andrew Arthur, Gunn Law Group, PA, Tampa, FL, for Plaintiffs–Appellees.

John R. Catizone, Litchfield Cavo, LLP, Fort Lauderdale, FL, Michael K. McCaffrey, Litchfield Cavo, LLP, Tampa, FL, for Defendant–Appellant.

Before MARCUS, HILL, and FAY, Circuit Judges.

PER CURIAM:

Having reviewed the record and considered the arguments of the parties in their respective briefs, we affirm the district court in all respects related to this appeal for the reasons stated by the district court.

**AFFIRMED.**